

**BRAVERMAN KASKEY**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

ONE LIBERTY PLACE, 56TH FLOOR
PHILADELPHIA, PA 19103-7334
PH (215) 575-3800   FX (215) 575-3801
www.braverlaw.com

(215) 575-3902
dbraver@braverlaw.com

July 11, 2008

**VIA FACSIMILE AND CM/ECF**
The Honorable Joseph H. Rodriguez
United States District Judge
United States District Court for the District of New Jersey
Fourth & Cooper Streets
Camden, New Jersey 08101

RE:   O'Boyle, et al. v. Braverman, et al., C.A. No. 08-CV-00553 (JHR-JS)

Dear Judge Rodriguez:

On behalf of David L. Braverman, defendant *pro se*, we write concerning Your Honor's letter of July 9, scheduling oral argument in the above-titled matter, and Mr. Barbone's letter of July 10, requesting the adjournment of such argument. While defendant is available for an oral argument on August 7, as originally scheduled by the Court, he does not object to the adjournment requested by Mr. Barbone. In the event that the Court adjourns the argument to a later date in August, we write to respectfully request that the argument be scheduled for a date other than August 12, 13, 15, or 27.

We remain available, as always, should Your Honor have any questions or concerns regarding the foregoing. While I will be traveling the week of July 14, my colleague, Richard Julie, who is admitted *pro hac vice* in this action, will be available in my absence to discuss scheduling or any other matter the Court may wish to address.

Respectfully submitted,

/s/ *David L. Braverman*

DAVID L. BRAVERMAN

cc:   Louis M. Barbone, Esq.